IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 SEP 30 PM 2 55

| | |
|---|---|
| CHARLIE BRANNER, | |
| Petitioner, | CASE NO.: 1:08CV-143 (WLS) |
| vs. | |
| RANDY K. TILLMAN, Warden, | |
| Respondent. | |

# ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 23) filed August 7, 2009. It is recommended that Respondent's Motion to Dismiss (Doc. 10) moving that Petitioner's petition for federal habeas relief be dismissed as untimely pursuant to 28 U.S.C. § 2244(d) of the AEDPA be granted. As of the entry of this order no objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss Petitioner's petition for

---

[1] The parties were allowed ten (10) days to file objections pursuant to 28 U.S.C. § 636((b)(1)

-1-

federal habeas relief as untimely is GRANTED. Petitioner's petition is DISMISSED as untimely.

**SO ORDERED**, this 30th day of **September, 2009.**

_____
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**